IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**NITTI, ET AL.**

**VERSUS**

**TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.**

MISC. CASE NO. __16-mc-53__

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, JAY NITTI**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Warren Nitti, as Administrator and Diane Katz as Administratrix, of the Estate of Jay Nitti and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Warren Nitti, as Administrator and Diane Katz as Administratrix, individually and as legal heirs to the Estate of Jay Nitti, deceased, and Takeda, as notice to the Court on __October 25, 20__16 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT

OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this __27th__ of __October__, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE